UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MARILYN MICHELLE RIVERA AGUILAR**,

    Petitioner,

v.

**KRISTI NOEM,** Secretary
U.S. Department of Homeland Security, et al.,

    Respondents.

Case No. 1:25-cv-03658-BAH

## ORDER

Upon consideration of the Parties' Joint Status Report and Stipulation of Dismissal, and the entire record in this case, it is hereby:

**ORDERED**, that the Joint Status Report is **APPROVED,** and it is further,

**ORDERED,** that this case be and is hereby **DISMISSED WITHOUT PREJUDICE**,

**ORDERED**, that either party can move to reopen the case within 60 days of this Order, if the terms set forth in the November 21, 2025, Joint Status Report and Motion for Dismissal are not met.

Dated: November 21, 2025

/s/
The Honorable Brendan A. Hurson
U.S. District Judge for the District of Maryland